

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00281-CV

**UNITED INDEPENDENT SCHOOL DISTRICT**,
Appellant

v.

**U.S. TRAILER RELOCATORS, LLC**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2016-TXA-000111-D1
Honorable Elma T. Salinas Ender, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's order is REVERSED and the cause is REMANDED to the trial court for calculation of the total amount of taxes, penalties, and interest to which UISD is entitled. It is ORDERED that Appellant recover costs of this appeal from Appellee.

SIGNED June 13, 2018.

_____
Irene Rios, Justice